

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **CARL DAVIS** *ex rel.* **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: 1:08-CV-559** |
| | § | |
| **DELORES DAVIS, in her individual capacity and in her official capacity as President and CEO of the Youth Rescue Mission, Inc.,** | § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL**

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition on case-dispositive pretrial motions.

On October 5, 2009, Judge Giblin issued a report and recommendation (#16). Judge Giblin recommended that the court dismiss the plaintiff's claims with prejudice for want of prosecution.

No party has filed objections to the magistrate judge's report in accordance with 28 U.S.C. § 636(b). The Court has reviewed the record in this cause and concludes that Judge Giblin's findings and recommendation should be accepted.

Based upon the magistrate judge's findings, the Court **ORDERS** that the report and recommendation (#16) is **ADOPTED**.

The Court further **ORDERS** that the plaintiff's claims are **DISMISSED** with prejudice for want of prosecution.  This civil action is **CLOSED**.

**SIGNED** this the 17 day of **December, 2009.**


_____
Thad Heartfield
United States District Judge